**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **FRANK JAMES ABSTON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION 14-0505-CG-M** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **CRIMINAL NO 11-00238-CG-M** |
| | ) | |
| **Respondent.** | ) | |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court with the following additional comments.

Petitioner's Objection to the Report and Recommendation focuses on his insistence that the Magistrate Judge failed to address his argument that his counsel was ineffective for not informing him of the filing of the § 851 enhancement prior to his entry of his guilty plea.  However, even if that is true, the record in this case establishes that petitioner was not prejudiced by any such alleged failure because the Court clearly informed him during the plea colloquy that the sentence he faced was a mandatory life sentence.

Accordingly, it is **ORDERED** that Petitioner's Motion to Vacate (Doc. 178) is **DENIED** and that this action is hereby **DISMISSED**.  It is further **ORDERED** that any certificate of appealability filed by Petitioner be **DENIED** as he is not

entitled to appeal in forma pauperis.

**DONE and ORDERED** this 8th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE