IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| FRANK JAMES ABSTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 14-0505-CG-M |
| | ) | |
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO 11-00238-CG-M |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Frank James Abston.

**DONE and ORDERED** this 8th day of June, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE